No. 2145. El Pueblo, Apelado, *v.* García, Apelante.—C. de D. de San Juan, Distrito Primero. R. enero 18, 1924. Celebrada la vista sin la comparecencia del apelante; siendo la prueba contradictoria y habiendo el tribunal inferior re-

suelto el conflicto sin que haya cometido error, y estando la pena impuesta de acuerdo con la ley, se confirmó la sentencia.